NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METSO MINERALS, INC.,**
*Plaintiff-Appellee,*

v.

**POWERSCREEN INTERNATIONAL DISTRIBUTION, LIMITED, NOW KNOWN AS TEREX GB LIMITED, POWERSCREEN NEW YORK, INC., AND EMERALD EQUIPMENT SYSTEMS, INC.,**
*Defendants-Appellants,*

AND

**TEREX CORPORATION,**
*Defendant-Appellant.*

---

2011-1572, 2012-1168, -1169

---

Appeals from the United States District Court for the Eastern District of New York in case no. 06-CV-1446, Judge Arthur D. Spatt.

---

ON MOTION

---

Before DYK, *Circuit Judge.*

**ORDER**

Metso Minerals, Inc. moves for leave to file two separate response briefs or, in the alternative, to file an extended response brief of up to 23,000 words. Powerscreen International Distribution, Limited, Powerscreen New York, Inc., Emerald Equipment Systems. Inc. and Terex Corporation oppose the motion to file two separate response briefs but consent to the motion to file an extended response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied. Metso Minerals, Inc.'s brief, not to exceed 14,000 words, is due within 21 days of the date of this order.

FOR THE COURT

**SEP 2 8 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael C. Stuart, Esq.
    Jon R. Trembath, Esq.
    Vincent Alfieri, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 8 2012

JAN HORBALY
CLERK